## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** 8:86 cr 047 |
| v. | **INDICTMENT** MICHAEL J. NEWMAN |
| **D'ARCO REDD,** | 18 U.S.C. § 922(g) |
| **Defendant.** | 18 U.S.C. § 924(a)(8) |
| | 18 U.S.C. § 924(c) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |

## FORFEITURE ALLEGATIONS

### COUNT 1
### (Possession with Intent to Distribute)

On or about May 20, 2026, in the Southern District of Ohio, the defendant, **D'ARCO REDD**, knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

### COUNT 2
### (Possession of a Firearm in Furtherance of Serious Drug Offense)

On or about May 20, 2026, in the Southern District of Ohio, the defendant, **D'ARCO REDD**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as alleged in Count One of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

## COUNT 3
### (Possession of a Firearm and Ammunition by a Prohibited Person)

On or about May 20, 2026, in the Southern District of Ohio, the defendant, **D'ARCO REDD**, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm and ammunition, and this firearm and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g) and 924(a)(8).**

### FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **D'ARCO REDD**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to the following: a Glock 45, 9mm handgun, bearing serial number BPBS353, with magazine and approximately 24 rounds of ammunition.

### FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 through 3 of this Indictment, the defendant, **D'ARCO REDD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearm and ammunition listed above.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

_____
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____
**KELLY K. ROSSI**
**ASSISTANT UNITED STATES ATTORNEY**